No. 3143.—JOHN C. IRVING and AMANDA IRVING, Administrators, etc. *v.* ASMAN GAINES, etc.

No appeal is allowed from the parish court to the Supreme Court, except in probate matters where the amount involved is above five hundred dollars.

APPEAL from the Parish Court of Rapides. *J. H. C. Barlow*, Parish Judge. *W. B. Hyman*, for plaintiffs and appellees. *R. A. Hunter*, for defendants and appellants.

HOWE, J. This court has no jurisdiction of appeals from a parish court except in probate matters, where the amount in dispute shall exceed five hundred dollars. Constitution, article 88; 22 An. 465.

Appeal dismissed.